UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MR. CLAYTON-M. BERNARD-EX,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PUPO, *et al.*,<br><br>　　　　　Defendants. | **TRANSFER ORDER**<br><br>Case No.: 2:21-cv-00100-RFB-BNW |
| MR. CLAYTON-M. BERNARD-EX,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LAURA C. REHFELDT, *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-00703-APG-BNW |
| MR. CLAYTON-M. BERNARD-EX,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DEANNA MOLINAR,<br><br>　　　　　Defendant. | Case No.: 2:21-cv-00704-APG-NJK |
| MR. CLAYTON-M. BERNARD-EX,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STEVEN B. WOLFSON,<br><br>　　　　　Defendant. | Case No.: 2:21-cv-00705-APG-VCF |

| | |
|---|---|
| MR. CLAYTON-M. BERNARD-EX,<br><br>    Plaintiff,<br><br>v.<br><br>MARK J. CHAMBERS,<br><br>    Defendant. | Case No.: 2:21-cv-00706-JAD-VCF |
| MR. CLAYTON-M. BERNARD-EX,<br><br>    Plaintiff,<br><br>v.<br><br>AARON D. FORD,<br><br>    Defendant. | Case No.: 2:21-cv-00710-GMN-DJA |
| MR. CLAYTON-M. BERNARD-EX FAGAN.,<br><br>    Plaintiff,<br><br>v.<br><br>ROBER E. WERBICKY,<br><br>    Defendant. | Case No.: 2:21-cv-00716-RFB-BNW |
| MR. CLAYTON-M. BERNARD-EX FAGAN.,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA,<br><br>    Defendant. | Case No.: 2:21-cv-00718-APG-BNW |

| | |
|---|---|
| MR. CLAYTON-M. BERNARD-EX FAGAN., <br><br> Plaintiff, <br><br> v. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, <br><br> Defendant. | Case No.: 2:21-cv-00843-GMN-DJA |

The presiding District Judges in all actions have individually and collectively determined that these actions are related. The presiding District Judges further find that there is good cause to transfer these cases to one District Judge and one Magistrate Judge pursuant to Local Rule 42-1(a) and that these transfers will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

**IT IS THEREFORE ORDERED** that Case Nos. 2:21-cv-00100-RFB-BNW; 2:21-cv-00703-APG-BNW; 2:21-cv-00704-APG-NJK; 2:21-cv-00705-APG-VCF; 2:21-cv-00706-JAD-VCF; 2:21-cv-00710-GMN-DJA; 2:21-cv-00716-RFB-BNW; 2:21-cv-00718-APG-BNW; and 2:21-cv-00843-GMN-DJA are transferred to District Judge Richard F. Boulware, II, and Magistrate Judge Brenda Weksler, who were assigned the earlier case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

**IT IS FURTHER ORDERED** that all documents shall be filed and shall bear the case number with District Judge Richard F. Boulware, II, and Magistrate Judge Brenda Weksler as assigned judges.

DATED: June 28, 2021.

_____
**RICHARD F. BOULWARE, II**
United States District Judge

_____
**JENNIFER A. DORSEY**
United States District Judge

_____
**ANDREW P. GORDON**
United States District Judge

_____
**GLORIA M. NAVARRO**
United States District Judge